Darya S. Druch (SBN 135827)
Attorney at Law
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Phone:(510)465-1788
Fax: (510)874-7219
Email: darya@daryalaw.com

Attorney for Debtor
Randall and Christina Wanser

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randall and Christina Wanser<br><br>Debtor | Case No.: 09-47635<br><br>Chapter: 11<br><br>NOTICE OF MOTION TO AVOID LIEN (SECOND DEEDS OF TRUST) AND TO VALUE COLLATERAL OF CREDITOR HANSEN PROPERTIES LLC ON REAL PROPERTY AND OPPORTUNITY FOR HEARING |

TO HANSEN PROPERTIES LLC AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Debtor Randall and Christina Wanser will and hereby do move the court for an Order avoiding your lien on the real property commonly known as 3146 Diablo View Road , Lafayette  CA 94549 ("Real Property")  and making the determination that the claims based on these liens are totally unsecured in their Chapter 11 case.

The motion is being brought pursuant to 11 USC section 506(a) and Federal Rules of Bankruptcy Procedure 3012.

NOTICE OF MOTION TO AVOID LIEN (SECOND DEED OF TRUST) AND VALUE COLLATERAL OF CREDITOR HANSEN PROPERTIES LLC  AND OPPORTUNITY FOR HEARING

- 1

Case: 09-47635    Doc# 25    Filed: 09/02/09    Entered: 09/02/09 12:55:19    Page 1 of 2

This matter is governed by Bankruptcy Local Rule 9014-1(b)(3). You have twenty (20) days from the date of this Notice for you to request a hearing on the Motion. Any such request must be filed with the court and served upon the initiating party and the United States Trustee, and be accompanied by any declarations and memorandum of law the requesting party wishes to present in support of their position. If a request for hearing is timely made, the initiating party shall timely set the matter for hearing and give at least ten (10) days notice of the hearing to the requesting party. If the request for hearing is not timely made, the court may enter an Order approving the motion by default.

Dated: September 2, 2009         /s/ Darya S. Druch
_____
Darya S. Druch
Attorney for Debtor In Possession

NOTICE OF MOTION TO AVOID LIEN (SECOND DEED OF TRUST) AND VALUE COLLATERAL OF CREDITOR HANSEN PROPERTIES LLC AND OPPORTUNITY FOR HEARING

- 2