Darya S. Druch State Bar Number 135827
Attorney at Law
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Tel: (510)465-1788
Fax: (510)874-7219
Email: Darya@daryalaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 09-47635 N
)
Randall Wanser and Christina Wanser ) CHAPTER 11
)
    Debtor. ) APPLICATION FOR ORDER
) APPROVING EMPLOYMENT
) OF APPRAISER / EXPERT WITNESS
)
)
)

TO THE HONORABLE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY JUDGE:

    Randall Wanser and Christina Wanser by their attorney of record respectfully apply as follows:

    1. Applicant is a Debtor in Possession under Chapter 11 of the Bankruptcy Code, in the above matter which was filed on August 19, 2009.

    2. Applicant requires the assistance of APPRAISER Michael G. Herwood , MAI, SRA an appraiser with over 30 years experience to serve as an expert witness in connection with a Motion to Value Collateral and Avoid Lien of Hansen Properties Inc. Trial on the motion is set for January 11, 2010. A copy of Mr. Herwood qualifications and his rates are attached to his declaration filed herewith.

    3. Applicant proposes that the compensation of Mr. Herwood will be a total of $1,400 for his testimony at trial and deposition. Mr. Herwood requires a deposit of $1,400 in

advance of his testimony. Applicant is requesting that unless Mr. Herwood requests additional fees that no Fee Application will be required.

4. To the best of Applicant's knowledge, Mr. Herwood does not have any connection with the creditors or any other party in interest, or their respective attorneys or accountants, and represent no interest adverse to the estate in matters upon which he is to be retained.

5. To the best of Applicant's knowledge, Mr. Herwood does not have any connection with the office of the United States Trustee or any of its attorneys or representatives.

6. Mr. Herwood does not hold an interest adverse to the debtor or the estate in matters upon which the firm is to be retained, and applicant believes that her employment would be in the best interests of the estate.

WHEREFORE, Applicant respectfully requests entry of an Order authorizing the employment of Michael Herwood, MAI, SRA as an appraiser / expert witness in this Chapter 11 case, pursuant to the terms and conditions set forth herein, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

DATED:   December 4, 2009

    /s/ Darya S. Druch
Darya S. Druch
Attorney for Debtor in Possession